## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Joseph BOYT et al.

### No. 12349.

Circuit Court of Appeals, Eighth Circuit.

July 27, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Joseph W. Boyt for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MAICO COMPANY, Inc.

### No. 12332.

Circuit Court of Appeals, Eighth Circuit.

July 7, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Fletcher, Dorsey, Barker, Colman & Barber, of Minneapolis, Minn., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and consent.

## NATIONAL LABOR RELATIONS BOARD v. OKLAHOMA TIRE & SUPPLY COMPANY.

### No. 2594.

Circuit Court of Appeals, Tenth Circuit.

July 28, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Consent decree enforcing the order of the Board, pursuant to stipulation of the parties.

## Dorman H. O'LEARY, Appellant, v. H. F. CURTIS et al.

### No. 12258.

Circuit Court of Appeals, Eighth Circuit.

July 17, 1942.

Paul R. Stinson and Dick H. Woods, both of Kansas City, Mo., and J. A. C. Kennedy, Yale C. Holland, and R. E. Svoboda, all of Omaha, Neb., for appellant.

Arthur Wells, Paul L. Martin, and Winthrop B. Lane, all of Omaha, Neb., for appellees.

PER CURIAM.

Appeal from United States District Court, 42 F.Supp. 158, dismissed, on motion of appellant.